# United States Court of Appeals
## For the First Circuit

No. 19-2204

UNITED STATES OF AMERICA,

Appellee,

v.

EMILIANO EMMANUEL FLORES-GONZÁLEZ,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 7, 2023 is amended as follows:

On page 7, line 18, "Carrasquillo-Sanchez" is replaced with "Carrasquillo-Sánchez"

On page 10, footnote 2, "Carrasquillo-Sanchez" is replaced with "Carrasquillo-Sánchez"

On page 16, line 16, "Carrisquillo-Sanchez" is replaced with "Carrasquillo-Sánchez"

On page 17, line 11, the indent before "It" is deleted

On page 17, line 19, the indent before "Gall" is deleted

On page 29, n.10, the indent before "[c]orrectly" is deleted

On page 30, n.10, the indent before "See" is deleted

On page 31, line 7, the indent before "simply" is deleted

On page 31, line 21, the indent before "Id." is deleted
On page 34, line 23, the indent before "Factor" is deleted

On page 35, line 4, the indent before "the need" is deleted

On page 35, line 19, the indent before "<u>Id.</u>" is deleted

On page 35, line 31, the indent before "<u>United States</u>" is deleted

On page 53, n.26, line 2, "<u>Naváez</u>" is replaced with "<u>Narváez</u>"

On page 58, line 3, the indent before "Taken" is deleted

On page 61, line 10, the indent before "intellectual" is deleted

On page 61, line 16, the indent before "<u>See</u>" is deleted

On page 67, line 20, "518 at 113" is replaced with "518 U.S. at 113"

On page 70, line 9, the indent before "[c]entral" is deleted

On page 70, line 18, the indent before "<u>Id.</u>" is deleted

On page 76, line 18, the indent before "<u>Id.</u>" is deleted

On page 76, line 20 the indent before "Beyond" is deleted

On page 77, line 4, the indent before "<u>Id.</u>" is deleted

On page 77, line 18, the indent before "<u>See</u>" is deleted

On page 83, line 10, "see" is replaced with "<u>see</u>" and "Carrasquillo-Sánchez" is replaced with "<u>Carrasquillo-Sánchez</u>"

On page 84, line 6, "<u>See</u>" is replaced with "<u>See</u>"